UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TISEO ARCHITECTS, INC.,
a Michigan Corporation,

       Plaintiff,                    Case No.  05-70537
                                         District Judge Nancy G. Edmunds
v.                                             Magistrate Judge R. Steven Whalen

B & B POOLS SERVICE AND
SUPPLY CO., a/k/a B & B POOLS
AND SPAS, INC., a Michigan
Corporation, JIM MANDZIUK, an
Individual, JOHN JUNTUNEN, an
Individual, and GARY L. OLSON,
an Individual,

       Defendants.
_____/

## ORDER DISMISSING MOTION TO COMPEL

     Upon receiving the Statement of Resolved Issues and the same having been filed with the Court on January 11, 2006, and the Court being fully advised in the premises;

     IT IS HEREBY ORDERED that Defendant's Motion to Compel Discovery [filed 11/18/05] [document #12] is hereby dismissed without prejudice.

                                                     s/R. Steven Whalen
                                                     R. STEVEN WHALEN
                                                     UNITED STATES MAGISTRATE JUDGE

Dated: January 11, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 11, 2006.

                                                s/Gina Wilson
                                                Judicial Assistant